| | | |
|---|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated, | ) ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | Case No.: 1:25-cv-4506 |
| v. | ) ) ) | |
| Hobbs London, Inc. | ) ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

    **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated:    September 10, 2025

    EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (718) 554-0237

Email: Dreyes@ealg.law